# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WHITE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>L. CHRONES, Warden,<br><br>　　　　Respondent. | Case No. EDCV 06-329 DOC(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: September 21, 2009

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE